**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: H.R., A MINOR | : | No. 703 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: H.R., A MINOR | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is

**GRANTED**, and the Application to File Supplement to Petition for Allowance of Appeal is

**DISMISSED** as moot. The issue, as stated by petitioner, is:

> Is Act 21 punitive, such that its retroactive application to
> [Petitioner] and its mechanism for determining whether an
> individual is a sexually violent delinquent child are
> unconstitutional under *Commonwealth v. Muniz*, 164 A.[3]d
> 1189 (Pa. 2017) and *Commonwealth v. Butler*, 173 A.3d 1212
> (Pa. Super. 2017)?